Eugene P. Catena, Respondent, v. Millfield Realty Company, Appellant.— Judgment reversed upon the law and the facts, without costs, and judgment directed in favor of the defendant, without costs, upon authority of Millfield Realty Company v. Catena (post, p. ——), decided herewith. Findings of fact and conclusions of law inconsistent with this determination are reversed and new findings and conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

Coates Holding Co., Inc., Plaintiff, v. Michael Yoccarino and Others, Respondents, Impleaded with Baldwin Building Corporation and Albert B. Brown, Appellants, and Milton I. Livy, Defendant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the service of a reply to the alleged defective counterclaim requires a dismissal under section 282 of the Civil Practice Act. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Commercial Credit Company of Delaware, Respondent, v. Harry S. Bach, Appellant.— Order granting plaintiff's motion to serve an amended complaint affirmed, with ten dollars costs and disbursements; proposed amended complaint to be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Vincenzo Di Gabriele, Respondent, v. Moonlight Gardens, Inc., a Domestic Corporation, and Others, Appellants.— Order denying motions to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Anna Dowdell, as Administratrix, etc., of Christopher Dowdell, Deceased, Respondent, v. Commercial Stevedoring Co., Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Margaret Duttenhofer, Respondent, v. John Stevenson and Sadie Stevenson, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Fairmont Food Stores, Inc., Respondent, v. Philip Rothberg, as President and Manager of Retail Dairy and Grocery Clerks Union, Local 338, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Scudder, JJ., concur; Carswell, J., concurs upon the ground that defendants forfeited their right (if any) to picket by their improper and disorderly method of picketing.

William Fetner, Respondent, v. Mary E. McMenamy, Appellant.— Order of the County Court of Nassau county denying defendant's motion to open default and vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Abraham Friedman and Samuel Abramsky, Respondents, v. New York Telephone Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

William T. Gagen and Joseph F. Carroll, Copartners Doing Business under